396 A.2d 836

Lewis v. City of Pittsburgh, Appellant.

Argued October 23, 1978. Mead J. Mulvihill, Jr., City Solicitor, for appellant; Earl J. Cavanaugh, with him Evans, Ivory & Evans, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment affirmed.

396 A.2d 837

Lewis, Appellant, v. Lewis.

Argued October 24, 1978. Marilyn A. Lewis, appellant, in propria persona; Peter J. King, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.